UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  _____

BREANNA MORELLO

               Plaintiff,

Vs.

NEWSMAX, LLC, a Florida
limited liability company

               Defendant.
_____/

## DEFENDANT'S LIST OF REMOVAL DOCUMENTS

COMES NOW, Defendant, NEWSMAX, LLC.[1], ("Defendant") by and through

undersigned counsel, pursuant to 28 U.S.C. § 1446(a), and files the following documents

constituting all process, pleadings, and orders in Defendant's possession and/or existing on file

in the State Court in this removed action:

    (1)     Civil Cover Sheet

    (2)     Complaint

    (3)     Summons

    (4)     Receipt for payment of the filing fee

    (5)     Receipt for payment of Summons

    (6)     Receipt of Service of Summons

    (7)     Notice of Appearance and Designation of Email Addresses

---

[1] Plaintiff has incorrectly named Newsmax, LLC as a defendant in this matter. The proper party is Newsmax Broadcasting, LLC. For the purpose of this motion only, and without waiving any rights that Newsmax, LLC may have to argue that it is not the proper party, the undersigned files this motion on behalf of the named defendant.

(8)     Notice of Mediation Conference

(9)     Court Docket

**Dated: November 4, 2020**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on the 4th day of November 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service  List  in  the  manner specified, either via transmission of  Notices  of  Electronic filing generated by CM/ECF or in some other authorized manner for those counsel of parties who are not authorized to receive electronically Notices of Electronic Filing.

COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendant*
Esperante Building
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401
Telephone (561) 681-5532
Facsimile (561) 683-8977
Primary e-mail: stefanie.copelow@csklegal.com
Secondary   e-mail:   denise.parisi@csklegal.com

By:   */s/ Stefanie S. Copelow*
STEFANIE S. COPELOW
Florida Bar No.:  85403

<u>**SERVICE LIST**</u>

J. Freddy Perera, Esq.
Perera Aleman, P.A.
freddy@pba-law.com
brody@pba-law.com
alex@pba-law.com
12555 Orange Drive, Second Floor
Davie, FL 33330
(786) 485-5232
*Attorneys for Plaintiff*

**. COLE, SCOTT & KISSANE, P.A.**
222 LAKEVIEW AVENUE, SUITE 120 - WEST PALM BEACH, FLORIDA 33401 (561) 383-9200 - (561) 683-8977 FAX

Filing # 135130339 E-Filed 09/22/2021 05:45:54 PM

## FORM 1.997.    CIVIL COVER SHEET

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

### I.    CASE STYLE

IN THE CIRCUIT/COUNTY COURT OF THE <u>FIFTEENTH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>PALM BEACH</u>   COUNTY, FLORIDA

<u>Breanna Morello</u>
Plaintiff

Case # _____
Judge _____

vs.

<u>NEWSMAX LLC</u>
Defendant

### II.    AMOUNT OF CLAIM

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

- ☐  $8,000 or less
- ☐  $8,001 - $30,000
- ☒  $30,001- $50,000
- ☐  $50,001- $75,000
- ☐  $75,001 - $100,000
- ☐  over $100,000.00

### III.    TYPE OF CASE      (If the case fits more than one type of case,   select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

- 1 -

**CIRCUIT CIVIL**

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence—other
    ☐ Business governance
    ☐ Business torts
    ☐ Environmental/Toxic tort
    ☐ Third party indemnification
    ☐ Construction defect
    ☐ Mass tort
    ☐ Negligent security
    ☐ Nursing home negligence
    ☐ Premises liability—commercial
    ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
    ☐ Commercial foreclosure
    ☐ Homestead residential foreclosure
    ☐ Non-homestead residential foreclosure
    ☐ Other real property actions

☐ Professional malpractice
    ☐ Malpractice—business
    ☐ Malpractice—medical
    ☐ Malpractice—other professional
☒ Other
    ☐ Antitrust/Trade regulation
    ☐ Business transactions
    ☐ Constitutional challenge—statute or ordinance
    ☐ Constitutional challenge—proposed amendment
    ☐ Corporate trusts
    ☐ Discrimination—employment or other
    ☐ Insurance claims
    ☐ Intellectual property
    ☐ Libel/Slander
    ☐ Shareholder derivative action
    ☐ Securities litigation
    ☐ Trade secrets
    ☐ Trust litigation

**COUNTY CIVIL**

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

☐ Replevins
☐ Evictions
    ☐ Residential Evictions
    ☐ Non-residential Evictions
☐ Other civil (non-monetary)

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

    **IV.**    **REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☐ Nonmonetary declaratory or injunctive relief;
☐ Punitive

    **V.**    **NUMBER OF CAUSES OF ACTION:** [  ]
(Specify)

   1

    **VI.**    **IS THIS CASE A CLASS ACTION LAWSUIT?**
       ☐ yes
       ☒ no

    **VII.**    **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
       ☒ no
       ☐ yes If "yes," list all related cases by name, case number, and court.

    **VIII.**    **IS JURY TRIAL DEMANDED IN COMPLAINT?**
       ☒ yes
       ☐ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: _s/ Jorge Freddy Perera_         Fla. Bar # _93625_
       Attorney or party                   (Bar # if attorney)

_Jorge Freddy Perera_             _09/22/2021_
   (type or print name)            Date

Filing # 135130339 E-Filed 09/22/2021 05:45:54 PM

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL OF THE STATE OF
FLORIDA, IN AND FOR PALM BEACH COUNTY

CASE NO.:

BREANNA MORELLO,

     Plaintiff,

vs.

NEWSMAX, LLC, a Florida limited
liability company

     Defendant.

_____/

## **COMPLAINT**

BREANNA MORELLO ("Plaintiff") hereby sues NEWSMAX, LLC
("Newsmax") and alleges as follows:

### **INTRODUCTION**

1.    This is an action for unpaid overtime wages pursuant to the Fair
Labor Standards Act (FLSA).

2.    Plaintiff seeks damages within the jurisdictional limits of this court
as well as the recovery of attorneys' fees and costs.

### **JURISDICTION AND VENUE**

3.    Newsmax is a Florida limited liability company.

4.    Newsmax conducts business in Palm Beach County, Florida.

5.    Plaintiff was formerly employed by Newsmax in Palm Beach County,
Florida.

1 | P a g e

FILED: PALM BEACH COUNTY, FL, JOSEPH ABRUZZO, CLERK, 09/22/2021 05:45:54 PM

6.      Venue is proper in this Court because Newsmax business in Palm Beach County, Newsmax employed Plaintiff in Palm Beach County, and the claims arose within Palm Beach County.

## GENERAL ALLEGATIONS

**Newsmax And Its Business**

7.      Newsmax is a conservative news network.

8.      Newsmax offers news coverage throughout the United States.

9.      Newsmax has historically broadcasted its news coverage to millions of homes in the United States.

10.     In or around September 2018, Newsmax entered into an agreement with Comcast under which Newsmax would be available in another 10 million homes.

11.     On or around July 7, 2021, Newsmax announced that it is carried by all major cable and satellite operators, and is free to more than 40 million U.S. television homes no longer connected to cable.

12.     Newsmax's annual gross income significantly exceeds the $500,000 annual income threshold set for enterprise coverage under the FLSA.

13.     Newsmax, at all material and relevant times, was engaged in interstate commerce and subject to enterprise coverage under the FLSA.

14.     Newsmax represents that it is the "nation's fastest growing cable news channel."

PERERA ALEMÁN
12555 Orange Drive · Second Floor · Davie, FL 33330
300 Sevilla Avenue · Suite 206 · Coral Gables, FL 33134
www.pba-law.com · Phone (786) 485.5232

**Newsmax's Tight Control Over Its Content And Guests**

15.     Newsmax tightly controls content to cater to its conservative viewing audience.

16.     Executives at Newsmax are intimately involved in selecting the topics of news stories and how they are covered.

17.     Newsmax Executives heavily control what guests it will feature on its programs.

18.     Plaintiff was hired by Newsmax on or around July 6, 2020 as an Associate Producer.

19.     Plaintiff ceased working for Newsmax on or around June 2, 2021.


**Plaintiff's Unpaid Work Hours**

20.     While employed by Newsmax, Plaintiff customarily and regularly worked over forty (40) hours a week.

21.     Newsmax, however, never compensated Plaintiff at time-and-a-half her regularly rate of pay for all hours worked over forty (40) in a workweek.

22.     Newsmax's failure to pay Plaintiff overtime wages was a violation of the FLSA.

**COUNT I**
**OVERTIME VIOLATION AGAINST NEWSMAX UNDER THE FLSA**

23.     Plaintiff re-alleges and incorporates by reference the allegations in paragraphs 1 through 22 as if fully set forth herein.

PERERA ALEMÁN
12555 Orange Drive · Second Floor · Davie, FL 33330
300 Sevilla Avenue · Suite 206 · Coral Gables, FL 33134
www.pba-law.com · Phone (786) 485.5232

24.     Newsmax was Plaintiff's employer ass defined by 29 U.S.C. § 203.

25.     At all relevant times, Newsmax employed two or more employees that customarily, continually, and regularly handled goods and materials that i) were purchased from a person or entity outside the state of Florida and/or ii) were purchased in Florida but had previously traveled through interstate commerce.

26.     Upon information and belief, Newsmax obtained and solicited funds from non-Florida sources, accepted funds from non-Florida sources, used telephonic transmissions going over state lines to do its business, transmitted funds outside the State of Florida, used electronic means to market and run their business in a way that was not limited to Florida, and otherwise regularly engaged in interstate commerce during the relevant period.

27.     Newsmax, upon information and belief, accepts checks, wire transfers, and other forms of payments that are made or processed outside the state of Florida, and did so during the relevant period.

28.     Newsmax was engaged in interstate commerce and subject to the FLSA during all relevant periods.

29.     During Plaintiff's employment with Newsmax, Plaintiff worked over forty (40) hours per week on numerous occasions.

30.     Despite customarily and regularly working overtime hours, and with knowledge of these overtime hours, Newsmax never compensated Plaintiff at the rate of time-and-a-half for all overtime hours worked.

PERERA ALEMÁN
12555 Orange Drive · Second Floor · Davie, FL 33330
300 Sevilla Avenue · Suite 206 · Coral Gables, FL 33134
www.pba-law.com · Phone (786) 485.5232

31.     Newsmax intentionally refused to pay Plaintiff overtime wages she is owed under the FLSA.

32.     Newsmax is in violation of the FLSA and owes Plaintiff backpay.

33.     In addition, Newsmax is liable for double the overtime amounts owed as liquidated damages under the FLSA as a result of its intentional and willful violations for up to the three-year statute of limitations afforded by the FLSA.

**WHEREFORE,** Plaintiff respectfully requests that the Court:

   a.  Enter judgment against Newsmax under the FLSA;

   b.  Award Plaintiff actual damages for the unpaid wages;

   c.  Award Plaintiff liquidated damages;

   d.  Award Plaintiff attorneys' fees and costs;

   e.  Award Plaintiff all recoverable interest; and

   f.  Award any other relief this Honorable Court deems just and proper.

## JURY TRIAL

Plaintiff hereby requests a trial by jury with respect to all claims so triable.

Dated: September 22, 2021

PERERA ALEMÁN
12555 Orange Drive · Second Floor · Davie, FL 33330
300 Sevilla Avenue · Suite 206 · Coral Gables, FL 33134
www.pba-law.com · Phone (786) 485.5232

Respectfully submitted,


By: */s/ J. Freddy Perera*
J. Freddy Perera, Esq.
Florida Bar No. 93625
freddy@pba-law.com
Brody Shulman, Esq.
Florida Bar No. 92044
brody@pba-law.com
Alexandra C. Hayes, Esq.
Florida Bar No. 109482
alex@pba-law.com
**PERERA ALEMAN**
12555 Orange Drive, Second Floor
Davie, Florida 33330
Telephone: 786-485-5232
*Counsel for Plaintiff*

PERERA ALEMÁN
12555 Orange Drive · Second Floor · Davie, FL 33330
300 Sevilla Avenue · Suite 206 · Coral Gables, FL 33134
www.pba-law.com · Phone (786) 485.5232

Filing # 135658242 E-Filed 09/30/2021 01:02:06 PM

IN THE CIRCUT COURT FOR THE 15TH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

Case No.: 50-2021-CA-010938-XXXX-MB

BREANNA MORELLO,

     Plaintiff,

vs.

NEWSMAX, LLC, a Florida limited
liability company

     Defendant.

DATE: _10-5-21_  TIME: _10:05 AM_

INITIALS: _IM_  ID #: _260_

_____/

## **SUMMONS**

THE STATE OF FLORIDA:
To Each Sheriff of Said State:

     YOU ARE HEREBY COMMANDED to serve this Summons, and a copy of the Complaint on Defendant:

NEWSMAX, LLC
115 NORTH CALHOUN STREET, SUITE 4
TALLAHASEE, FL 32301

     Defendant is required to serve written defenses to the Complaint on Plaintiff's attorney, whose name and address is: **J. Freddy Perera, Esq., Perera Alemán, 12555 Orange Drive, Second Floor, Davie, FL 33330** within 20 calendar days after service of this summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of the Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the complaint or petition.

     DATED ON **Oct 04 2021**,2021.

JOSEPH ABRUZZO

By: _____
    As Deputy Clerk
    **JOSIE LUCCE**

1

## SUMMONS:

## PERSONAL SERVICE OF A CORPORATION

### IMPORTANT

A lawsuit has been filed against you.  You have 20 calendar days after this summons is served upon you to file a written response to the attached Complaint in this Court.  A phone call will not protect you.  Your written response, including the above case number and named parties, must be filed if you want the Court to hear your case.  If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court.  There are other legal requirements.  You may want to call an attorney right away.  If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court you must also mail or take a carbon copy or photocopy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

### IMPORTANTE

Usted ha sido demandoado legalmente.  Tiene viente (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera; si usted desea que el escrito, incluyendo el número del caso y los nombres de las partes interesadas en dicho caso.  Si usted no contesta la demanda a tiempo, pudeise perder el caso y podria ser despojado de sus ingresos y propiedades, o privade de sus dereschos, sin previo aviso del tribunal.  Existen otros requisitos legales.  Si lo desea puede usted consultar a unabogado immediateamenta.  Si no conoce a un abogado, puede llamar a una de las officinas de asistencia legal que aparecen en la guia telefoncia.

Si desea responder a la demanda pro su cuenta, al mismoi tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia du su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney."  (Demandate o Abogado de Demanadante).

### IMPORTANT

Des poursuites judiciaries ont ele entreprises contre vous.  Vous avez 20 jours consecutifs a partir de la date de l'assignation de cet'te citation pour deposser une response ecite a la plainte cijointe aupres de ce Tribunal.  Un simple coup de telephone est insuffisant pour vous proteger; vous etes oblige de deposer votre reponse ecrite, ave mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le Tribunal entende votre cause.  Si cous ne deposez pas votre reponse ecrite dans le relai requis, vous resiquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent tere saisis par la suite, sans aucun preavis ulterieur du Tribunal.  Il a d' autres obligations juridiques et vous pouvez requerir les services immediates d'un avocat. Si vous ne connaissez pas d'avocats, vou pourriez telephoner a un service de reference d'avocats ou a un brueau d'assistance juridique (figurant a l'annuaire de telephones).

2

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme tempos que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocate) nomme ci-dessous.

| | |
|---|---|
| Filed By: | J. Freddy Perera, Esq. |
| | Fla. Bar No.: 88549 |
| | |
| Address: | Perera Alemán |
| | 12555 Orange Drive |
| | Second Floor |
| | Davie, FL 33330 |
| | (786) 485-5232 |



## JOSEPH ABRUZZO

CLERK OF THE CIRCUIT COURT & COMPTROLLER
PALM BEACH COUNTY, FLORIDA

# RECEIPT
4186524

Printed On:
09/23/2021 03:21
Page 1 of 1

| Receipt Number: 4186524 - Date 09/23/2021  Time 3:21PM | | | |
|---|---|---|---|
| **Received of:** | Jorge Freddy Perera<br>12555 Orange Drive<br>Second Floord<br>Davie, FL 33330 | | |
| **Cashier Name:** | ADMIN | **Balance Owed:** | 401.00 |
| **Cashier Location:** | E-Filing | **Total Amount Paid:** | 401.00 |
| **Receipt ID:** | 10525586 | **Remaining Balance:** | 0.00 |
| **Division:** | AI: Circuit Civil Central - AI(Civil) | | |

| Case# 50-2021-CA-010938-XXXX-MB -- PLAINTIFF/PETITIONER: MORELLO, BREANNA | | | |
|---|---|---|---|
| **Item** | **Balance** | **Paid** | **Bal Remaining** |
| Fees | 401.00 | 401.00 | 0.00 |
| **Case Total** | **401.00** | **401.00** | **0.00** |

| Payments | | |
|---|---|---|
| **Type** | **Ref#** | **Amount** |
| EFiling_CREDITCARD | 32397444 | 401.00 |
| **Total Received** | | **401.00** |
| **Total Paid** | | **401.00** |

**How was your service today?**  Please visit www.mypalmbeachclerk.com/survey or send your feedback to clerkweb@mypalmbeachclerk.com.
**For office locations and information about Clerk & Comptroller services:**
Visit www.mypalmbeachclerk.com or call (561) 355-2996.



**JOSEPH ABRUZZO**

CLERK OF THE CIRCUIT COURT & COMPTROLLER
PALM BEACH COUNTY, FLORIDA

# RECEIPT
4198516

Printed On:
10/04/2021 01:14
Page 1 of 1

| Receipt Number: 4198516 - Date 10/04/2021  Time 1:14PM | | | |
|---|---|---|---|
| **Received of:** | Jorge Freddy Perera<br>12555 Orange Drive<br>Second Floor<br>Davie, FL 33330 | | |
| **Cashier Name:** | ADMIN | **Balance Owed:** | 10.00 |
| **Cashier Location:** | E-Filing | **Total Amount Paid:** | 10.00 |
| **Receipt ID:** | 10538149 | **Remaining Balance:** | 0.00 |
| **Division:** | AI: Circuit Civil Central - AI(Civil) | | |

| Case# 50-2021-CA-010938-XXXX-MB -- PLAINTIFF/PETITIONER: MORELLO, BREANNA | | | |
|---|---|---|---|
| Item | Balance | Paid | Bal Remaining |
| Fees | 10.00 | 10.00 | 0.00 |
| **Case Total** | **10.00** | **10.00** | **0.00** |

| Payments | | |
|---|---|---|
| **Type** | **Ref#** | **Amount** |
| EFiling_CREDITCARD | 32483935 | 10.00 |
| **Total Received** | | **10.00** |
| **Total Paid** | | **10.00** |

**How was your service today?**  Please visit www.mypalmbeachclerk.com/survey or send your
feedback to clerkweb@mypalmbeachclerk.com.
**For office locations and information about Clerk & Comptroller services:**
Visit www.mypalmbeachclerk.com or call (561) 355-2996.

## RETURN OF SERVICE

| State of Florida | County of Palm Beach | Circuit Court |
| --- | --- | --- |

Case Number: 50-2021-CA-010938-XXXX-MB

Plaintiff:
**BREANNA MORELLO**

vs.

Defendant:
**NEWSMAX, LLC**

For:
J. FREDDY PERERA
PERERA ALEMAN PLLC
12401 ORANGE DR
STE 123
DAVIE, FL 33330


OJF2021017058

Received by OJF SERVICES, INC. on the 4th day of October, 2021 at 3:41 pm to be served on NEWSMAX, LLC, 115 NORTH CALHOUN STREET, SUITE 4, TALLAHASSEE, FL 32301.

I, INA MATHERS, do hereby affirm that on the 5th day of October, 2021 at 10:05 am, I:

Served the within named **CORPORATION** by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me to **COGENCY GLOBAL, INC.** as **REGISTERED AGENT at the address of 115 NORTH CALHOUN STREET, SUITE 4, TALLAHASSEE, FL 32301,** by serving **KEN HOWELL** as **CLIENT SERVICE SPECIALIST** authorized to accept service for registered agent.

**Description** of Person Served: Age: 51, Sex: M, Race/Skin Color: W, Height: 5'11", Weight: 260, Hair: BROWN, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and that I am a Certified Process Server, in good standing, in the judicial circuit in which the process was served, "under the penalty of perjury", I declare that I have read the foregoing (document) and that the facts stated in it are true, 92.525.

**INA MATHERS**
Certified Process Server #260

**OJF SERVICES, INC.**
**13727 S.W. 152ND ST.**
**PMB# 354**
**MIAMI,, FL 33177**
**(954) 929-4215**

Our Job Serial Number: OJF-2021017058
Ref: 17058

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2a

Filing # 135658242 E-Filed 09/30/2021 01:02:06 PM

IN THE CIRCUT COURT FOR THE 15TH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

Case No.: 50-2021-CA-010938-XXXX-MB

BREANNA MORELLO,

       Plaintiff,

vs.

NEWSMAX, LLC, a Florida limited
liability company

       Defendant.

_____/

DATE: 10-5-21   TIME: 10:05 AM

INITIALS: IM   ID #: 260

## SUMMONS

THE STATE OF FLORIDA:
To Each Sheriff of Said State:

       YOU ARE HEREBY COMMANDED to serve this Summons, and a copy of the Complaint
on Defendant:

NEWSMAX, LLC
115 NORTH CALHOUN STREET, SUITE 4
TALLAHASEE, FL 32301

       Defendant is required to serve written defenses to the Complaint on Plaintiff's attorney,
whose name and address is: **J. Freddy Perera, Esq., Perera Alemán, 12555 Orange Drive,
Second Floor, Davie, FL 33330** within 20 calendar days after service of this summons on that
Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk
of the Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant
fails to do so, a default will be entered against that Defendant for the relief demanded in the
complaint or petition.

DATED ON **Oct 04 2021**, 2021.

JOSEPH ABRUZZO

By: _____
       As Deputy Clerk
**JOSIE LUCCE**

1

### SUMMONS:

### PERSONAL SERVICE OF A CORPORATION

### IMPORTANT

A lawsuit has been filed against you.  You have 20 calendar days after this summons is served upon you to file a written response to the attached Complaint in this Court.  A phone call will not protect you.  Your written response, including the above case number and named parties, must be filed if you want the Court to hear your case.  If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court.  There are other legal requirements.  You may want to call an attorney right away.  If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court you must also mail or take a carbon copy or photocopy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

### IMPORTANTE

Usted ha sido demandoado legalmente.  Tiene viente (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal.  Una llamada telefonica no lo protegera; si usted desea que el escrito, incluyendo el número del caso y los nombres de las partes interesadas en dicho caso.  Si usted no contesta la demanda a tiempo, pudeise perder el caso y podria ser despojado de sus ingresos y propiedades, o privade de sus dereschos, sin previo aviso del tribunal.  Existen otros requisitos legales.  Si lo desea puede usted consultar a unabogado immediateamenta.  Si no conoce a un abogado, puede llamar a una de las officinas de asistencia legal que aparecen en la guia telefoncia.

Si desea responder a la demanda pro su cuenta, al mismoi tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia du su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney."  (Demandate o Abogado de Demanadante).

### IMPORTANT

Des poursuites judiciaries ont ele entreprises contre vous.  Vous avez 20 jours consecutifs a partir de la date de l'assignation de cet'te citation pour depposer une response ecite a la plainte cijointe aupres de ce Tribunal.  Un simple coup de telephone est insuffisant pour vous proteger; vous etes oblige de deposer votre reponse ecrite, ave mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le Tribunal entende votre cause.  Si cous ne deposez pas votre reponse ecrite dans le relai requis, vous resiquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent tere saisis par la suite, sans aucun preavis ulterieur du Tribunal.  Il a d' autres obligations juridiques et vous pouvez requerir les services immediates d'un avocat. Si vous ne connaissez pas d'avocats, vou pourriez telephoner a un service de reference d'avocats ou a un brueau d'assistance juridique (figurant a l'annuaire de telephones).

2

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme tempos que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocate) nomme ci-dessous.

Filed By:      J. Freddy Perera, Esq.
                Fla. Bar No.: 88549

Address:      Perera Alemán
                12555 Orange Drive
                Second Floor
                Davie, FL 33330
                (786) 485-5232

3

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT OF THE STATE
OF FLORIDA, IN AND FOR PALM BEACH COUNTY

CASE NO.: 50-2021-CA-010938-XXXX-MB

BREANNA MORELLO,

    Plaintiff,

v.

NEWSMAX, LLC, a Florida limited liability
company,

    Defendant.

_____/

### NOTICE OF APPEARANCE AND
### DESIGNATION OF E-MAIL ADDRESSES

Stefanie S. Copelow, Esq. and Tiffany Hornback, Esq. of Cole, Scott & Kissane,

P.A. hereby gives notice of their appearance on behalf of Defendant, NEWSMAX, LLC,[1]

and requests that copies of all motions, notices, and other pleadings heretofore or

hereafter filed or served in this cause be furnished to the undersigned.  Further, pursuant

to Florida Rules of General Practice and Judicial Administration 2.516, the undersigned

hereby designates the following primary and secondary e-mail addresses for mail service

in the above referenced case.

Primary e-mail:    stefanie.copelow@csklegal.com
Secondary e-mail:  tiffany.hornback@csklegal.com
Alternate e-mail:   denise.parisi@csklegal.com

---

[1] The undersigned enters its appearance for the purpose of filing a paper in this action on behalf of the above-named defendant, Newsmax, LLC. However, this entity, an inactive LLC, is not the correct Newsmax entity.

**COLE, SCOTT & KISSANE, P.A.**
ESPERANTE BUILDING - 222 LAKEVIEW AVENUE, SUITE 120  - WEST PALM BEACH, FLORIDA 33401 (561) 383-9200 - (561) 683-8977 FAX

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 19th day of October, 2021, a true and correct copy of the foregoing was filed with the Clerk of Palm Beach County by using the Florida Courts e-Filing Portal, which will send an automatic e-mail message to the following parties registered with the e-Filing Portal system:  J. Freddy Perera, Esq., Perera Aleman, P.A.,  freddy@pba-law.com;  brody@pba-law.com;  alex@pba-law.com,  12555  Orange Drive, Second Floor, Davie, FL 33330, (786) 485-5232, Attorneys for Plaintiff.

> COLE, SCOTT & KISSANE, P.A.
> *Counsel for Defendant*
> Esperante Building
> 222 Lakeview Avenue, Suite 120
> West Palm Beach, Florida 33401
> Telephone (561) 681-5532
> Facsimile (561) 683-8977
> Primary e-mail: stefanie.copelow@csklegal.com
> Secondary e-mail: tiffany.hornback@csklegal.com
> Alternate e-mail: denise.parisi@csklegal.com


> By:  *s/ Stefanie S. Copelow*
> STEFANIE S. COPELOW
> Florida Bar No.:  85403
> TIFFANY HORNBACK
> Florida Bar No. 1031263

1357.0250-00

Case 9:21-cv-82035-BER   Document 1-3   Entered on FLSD Docket 11/04/2021   Page 24 of 25

**IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT OF THE STATE OF FLORIDA, IN AND FOR PALM BEACH COUNTY**

**CASE NO.: 50-2021-CA-010938-XXXX-MB**

BREANNA MORELLO,

      Plaintiff

v.

NEWSMAX, LLC, a Florida limited liability

Company,

      Defendant.

_____/

## <u>NOTICE OF MEDIATION</u>

     Plaintiff, **BREANNA MORELLO**, by and through undersigned counsel, hereby gives

notice that the Parties have agreed to mediate this matter with Marlene Quintana, B.C.S on

November 29, 2021, at 10:00 a.m. This mediation will be held remotely via Zoom.

Dated: November 1, 2021

*<u>By: /s/ J. Freddy Perera</u>*
J. Freddy Perera, Esq.
Florida Bar No. 93625
freddy@pba-law.com
**PERERA ALEMAN**
12555 Orange Drive, Second Floor
Davie, Florida 33330
Telephone: 786-485-5232
*Counsel for Plaintiff*

# JOSEPH ABRUZZO
### CLERK OF THE CIRCUIT COURT & COMPTROLLER
### PALM BEACH COUNTY

**CASE NUMBER: 50-2021-CA-010938-XXXX-MB**
**CASE STYLE: MORELLO, BREANNA V NEWSMAX LLC**

Search Criteria    Search Results    Case Info    Party Names    **Dockets & Documents**    Case Fees    Court Events

To view a document, click on the document icon 📄 in the left column.

Documents with a lock icon 🔒 are [viewable on request (VOR)](#) to protect confidential information. Click on the lock icon 🔒 to request the document. VOR documents are reviewed and then generally become available online within three business days of request.

A clock icon 🕐 means a VOR document is 'In Process' and being reviewed. Click on the clock icon 🕐 to request email notification when the document becomes available online.

Public = 📄          VOR = 🔒          In Process = 🕐          Page Size: 25 ⌄

| | Docket Number | Effective Date | Description | Notes |
|---|---|---|---|---|
| 📄 | 2 | 09/22/2021 | CIVIL COVER SHEET | |
| 📄 | 3 | 09/22/2021 | COMPLAINT | F/B PLT |
| | 1 | 09/23/2021 | DIVISION ASSIGNMENT | AI: Circuit Civil Central - AI (Civil) |
| 📄 | 4 | 09/23/2021 | PAID $401.00 ON RECEIPT 4186524 | $401.00 4186524 Fully Paid |
| 📄 | 5 | 09/30/2021 | SUMMONS ISSUED | freddy@pba-law.com;valerie@pba-law.com;admin@pba-law.com AS TO DFT NEWSMAX LLC |
| 📄 | 6 | 10/04/2021 | PAID $10.00 ON RECEIPT 4198516 | $10.00 4198516 Fully Paid |
| 📄 | 7 | 10/06/2021 | SERVICE RETURNED (NUMBERED) | RETURN OF SERVICE SERVED NEWSMAX, LLC - 10/05/2021 |
| 📄 | 8 | 10/19/2021 | NOTICE OF APPEARANCE CIVIL | AND DESIGNATION OF EMAIL ADDRESSES F/B ATTY COPELOW OBO DFT |
| 📄 | 9 | 11/01/2021 | NOTICE OF MEDIATION | NOTICE OF MEDIATION 11/29/2021 10:00:00 AM |